ACCEPTED
14-15-00338-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 4:54:06 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00338-CR
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/9/2015 4:54:06 PM

CHRISTOPHER A. PRINE
Clerk

——————◆——————

### No. 883239-A
In the 185th District Court
Of Harris County, Texas

——————◆——————

### EX PARTE

### BRIAN F. ROBERTS

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. Appellant was charged by indictment with the felony offense of possession of marijuana. (C.R. at 23) Appellant entered into a plea bargain agreement and was sentenced to three years in the Texas Department of Criminal Justice, Institutional Division, probated for three years. (C.R. at 21) Appellant was discharged from probation in 2004. (*See* C.R. at 31) Appellant filed an Article 11.072 Writ of Habeas Corpus Application that was denied by the trial court on

March 23, 2015.  (C.R. at 4-50)  Appellant filed notice of appeal on March 31, 2015, and the trial court certified appellant's right of appeal.  (C.R. at 51-53)

2. The State's Reply Brief was due on September 9, 2015.  This Court has previously granted one extension of time to file the State's Reply Brief on August 10, 2015.  The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The undersigned attorney was assigned this brief on <u>August 4, 2015</u>.

    b. The undersigned attorney has been involved in the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

        (1)     Oliver Cruise v. State of Texas
                No. 01-14-00833-CR
                Brief Due: August 11, 2015
                Brief Submitted: August 7, 2015

        (2)     Todd Mitchell v. State of Texas
                No. 01-15-00249-CR
                Brief Due: September 30, 2015
                Brief Submitted: September 8, 2015

        (3)     Brady Koch v. State of Texas
                No. 01-14-00248-CR
                Brief Due: September 25, 2015

        (4)     Marcus Brooks v. State of Texas
                No. 14-14-00568-CR
                Brief Due: October 5, 2015

    (5)     Jason Conway v. State of Texas
               No. 01-14-00659-CR
               Brief Due: August 19, 2015
               Brief Submitted: August 19, 2015

Consequently, the undersigned attorney has been unable to complete the State's Reply Brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Tom Abbate
Attorney for Appellant
tom@tomabbatelaw.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date:  September 9, 2015